IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS MANNS,

    Petitioner,                                     No. CIV S-99-0123 LKK EFB P

    vs.

ANA RAMIREZ-PALMER, et al.,

    Respondents.                              <u>ORDER</u>

    _____/

    On October 20, 2000, Findings and Recommendations were filed recommending that petitioner's application for writ of habeas corpus be denied. On August 6, 2001, the assigned district judge adopted that recommendation and dismissed the case. Judgment was entered accordingly. Petitioner filed on January 25, 2007, a motion for relief from judgment. The motion for relief from judgment is untimely and a timely request for an extension of time was never sought.

    Accordingly, petitioner's January 25, 2007, motion for relief from judgment is denied.

    The court notes that it will issue no response to future filings by petitioner in this action not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.

    So ordered.

DATED: July 30, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE